ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Rodolfo Alvarez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RODOLFO ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security,<br><br>　　　　Defendant. | CASE NO. CV 17-06316-PLA<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND FOUR-HUNDRED TWENTY-FOUR DOLLARS and 15 CENTS ($3,424.15), as authorized by 28 U.S.C. § 2412(d), and no costs subject to the terms of the Stipulation.

Dated: June 15, 2018

　　　　　　　　　　　　　　　/s/ Paul L. Abrams
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Paul L. Abrams
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1